UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLIE SANCHEZ, KAREN FAIRMAN, DUC LAI, AND CHRISTINE TRAN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED** | **CIVIL ACTION**<br><br>**NO. 23-1269**<br><br>**SECTION: "P" (2)** |
| **VERSUS** | |
| **XAVIER UNIVERSITY OF LOUISIANA** | |

## ORDER

Due to conflicts on the Court's calendar, **IT IS ORDERED** that the oral argument on Defendant's Motion to Dismiss the Class Action Complaint (Doc. 8), previously set for October 4, 2023, at 10:00 a.m., is hereby continued and **RESET** for **November 2, 2023, at 1:00 p.m.**

New Orleans, Louisiana, this 21st day of September 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**