IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLIE SANCHEZ, KRISTIAN GRAVES, KEVIN HAZURE, JR., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER UNIVERSITY OF LOUISIANA,<br><br>Defendant. | CIVIL ACTION NO.: 2:23-cv-01269-DJP-DPC<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE DONNA PHILLIPS CURRAULT |

### ORDER GRANTING *EX PARTE* MOTION TO CONTINUE CURRENT SUBMISSION DATE

**CONSIDERING** the foregoing *Ex Parte* Motion to Continue Current Submission Date (the "Motion") (R. Doc. 33) filed by Plaintiffs, Kellie Sanchez, Kristian Graves, and Kevin Hazure, Jr. ("Plaintiffs"), and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the current submission date of December 13, 2023 (Dkt. No. 30-3) for Defendants's Motion to Dismiss is continued to February 7, 2023, making January 30, 2024 Plaintiffs' new deadline to respond to Defendant's Motion to Dismiss the First Amended Class Action Complaint (Dkt. 30) (and Request for Oral Argument, Dkt. No. 31).

New Orleans, Louisiana, this 4th day of December 2023.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE