UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLIE SANCHEZ, ET AL.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**XAVIER UNIVERSITY OF LOUISIANA**<br><br>**Defendant.** | **Civil Action No.** 2:23-cv-01269<br><br>**Judge Darrel James Papillion** |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

Plaintiffs Kellie Sanchez, Kristian Graves, and Kevin Hazure, Jr. together with Defendant Xavier University of Louisiana (collectively, the "Parties"), through their respective counsel of record, hereby give notice that they have agreed, in principle, to a class settlement, subject to the Parties finalizing a comprehensive settlement agreement and approval of the Court. The Parties anticipate filing a motion for preliminary approval of the class settlement within sixty (60) days from the filing of this Notice. The Parties therefore respectfully request that the Court vacate all case deadlines and set a deadline for sixty (60) days for Plaintiffs to file their motion for preliminary approval pursuant to Rule 23 of the Federal Rules of Civil Procedure.

DATED: January 31, 2025

Respectfully submitted,

/s/ Jon S. McGill
Jon S. McGill Sr.
**JSM LAW**
500 Lafayette Street
Gretna, LA 70053
Tel: (504) 208-5551
E: jon@jonsmcgilllaw.com

Mason A. Barney (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500

1

New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100   Chicago, IL 60606
Tel.: (866) 252-0878
Email: gklinger@milberg.com

Terence R. Coates (*pro hac vice*)
Justin C. Walker (*pro hac vice* to be filed)
Dylan J. Gould (*pro hac vice* to filed)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
dgould@msdlegal.com

*Attorneys for Plaintiffs*

*/s/ Chelsea M. Lamb*
CHRISTOPHER A. WIECH (*pro hac vice*)
CHELSEA M. LAMB (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1700 Peachtree St. N.E., Suite 2400
Atlanta, GA 30309
Telephone: (404) 459-0050
Facsimile (404) 459-5734
cwiech@bakerlaw.com
clamb@bakerlaw.com

JAMES M. GARNER (# 19589)
JOSHUA S. FORCE (# 21975)
GRANT G. BUTLER (# 40300)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C**
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100

2

        Facsimile: (504) 299-2300
        jgarner@shergarner.com
        jforce@shergarner.com
        gbutler@shergarner.com

        *Attorneys for Defendant Xavier University of Louisiana*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2025, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

        */s/ Jon S. McGill*
        Jon S. McGill