UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KELLIE SANCHEZ, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                            **NO. 23-1269**

**XAVIER UNIVERSITY OF LOUISIANA**              **SECTION: "P" (2)**

## ORDER

Considering the foregoing Joint Status Report and Notice of Settlement (R. Doc. 64), wherein the Parties represent that they have agreed, in principle, to a class settlement, subject to their finalizing a comprehensive settlement agreement and approval of the Court, and the Parties further seek to vacate all case deadlines and to set a deadline that is 60 days from the date the Notice was filed for Plaintiffs to file their motion for preliminary approval of the class settlement pursuant to Rule 23 of the Federal Rules of Civil Procedure,

IT IS ORDERED that all dates and deadlines previously set in this matter are VACATED.

IT IS FURTHER ORDERED that Plaintiffs shall file their motion for preliminary approval of the class settlement on or before April 1, 2025.

New Orleans, Louisiana, this 3rd day of February 2025.

                                            **DARREL JAMES PAPILLION**
                                           **UNITED STATES DISTRICT JUDGE**