# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLIE SANCHEZ, KRISTIAN GRAVES, KEVIN HAZURE, JR., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER UNIVERSITY OF LOUISIANA,<br><br>Defendant. | CIVIL ACTION NO.:<br>2:23-cv-01269-DJP-EJD<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE EVA J. DOSSIER |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE

**CONSIDERING** the foregoing Unopposed Motion to Extend Deadline filed by Plaintiffs (the "Motion") (**R.** Doc. 66):

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs' current deadline of April 1, 2025 to file their motion for preliminary approval of class settlement is hereby extended for one week, making April 8, 2025 Plaintiffs' new deadline to file their preliminary approval motion.

New Orleans, Louisiana, this 3rd day of April 2025.

*[signature]*

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE