IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLIE SANCHEZ, KRISTIAN GRAVES, and KEVIN HAZURE, JR., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER UNIVERSITY OF LOUISIANA,<br><br>Defendant. | CIVIL ACTION NO.: 2:23-cv-01269-DJP-DPC<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Kellie Sanchez, Kristian Graves, and Kevin Hazure, Jr. (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Xavier University of Louisiana ("Defendant" or "Xavier") and the attachments thereto, including the Claim Form, Long Form Notice, Postcard Notice, and the [Proposed] Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement filed herewith in support of this motion;

2. Conditionally certify the Settlement Class;

3. Appoint Kellie Sanchez, Kristian Graves, and Kevin Hazure, Jr. as Class Representatives;

4. Appoint Terence R. Coates of Markovits, Stock & DeMarco, LLC, Mason A. Barney of Siri & Glimstad LLP, and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

5. Approve a customary short form notice to be mailed to Settlement Class Members (the "Postcard Notice") in a form substantially similar to that attached as Exhibit B to the Settlement Agreement;

6. Approve a customary long form notice ("Long Form Notice") to be posted on the settlement website in a form substantially similar to that attached as Exhibit C to the Settlement Agreement;

7. Direct Notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits B and C thereto;

8. Appoint Angeion Group, LLC, as Settlement Administrator;

9. Approve the use of a claim form ("Claim Form") substantially similar to that attached as Exhibit A to the Settlement Agreement; and

10. Set a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed herewith; (3) the Joint Declaration of Terence R. Coates, Gary M. Klinger, and Mason A. Barney, filed herewith; (4) the Declaration of Michael Lynch, filed herewith; (5) the Settlement Agreement; (6) the Notices of Class Action Settlement (including the Short Form Notices and Long Form Notice); (7) the Claim Form; (8) the [Proposed] Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: April 8, 2025                              Respectfully submitted,

/s/ Terence R. Coates
Terence R. Coates (admitted *pro hac vice*)
Justin C. Walker (*pro hac vice* to be filed)
Dylan J. Gould (*pro hac vice* to filed)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
dgould@msdlegal.com

/s/ Jon S. McGill
Jon S. McGill, Sr. (#36227)
JSM LAW
500 Lafayette Street
Gretna, LA 70053
Tel: (504) 208-5551
jon@jonsmcgilllaw.com

Mason A. Barney (admitted *pro hac vice*)
Tyler J. Bean (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
Email: gklinger@milberg.com

*Counsel for Plaintiffs and the Putative Class*

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 8, 2025, I served the foregoing document upon all parties through their counsel of record by filing it with this Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

                                                /s/ Terence R. Coates
                                                Terence R. Coates (admitted *pro hac vice*)