UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLIE SANCHEZ, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1269** |
| **XAVIER UNIVERSITY OF LOUISIANA** | **SECTION: "P" (3)** |

## ORDER

Considering the Court's April 15, 2025 Order preliminarily approving the class action settlement in the above-captioned matter,

**IT IS ORDERED** that Defendant Xavier University of Louisiana's Motion to Dismiss the First Amended Class Action Complaint (R. Doc. 30) is **DENIED AS MOOT**.

In the event that a Final Approval Order is not entered, the Court has the right to reconsider this Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 14th day of April 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**