IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLIE SANCHEZ, KRISTIAN GRAVES, and KEVIN HAZURE, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER UNIVERSITY OF LOUISIANA,<br><br>Defendant. | Case No: 2:23-cv-01269-DJP-DPC |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Kellie Sanchez, Kristian Graves, and Kevin Hazure, Jr., individually and on behalf of others similarly situated ("Plaintiffs") hereby move this Court for final approval of the class action settlement preliminarily approved by this Court on April 15, 2025. Dkt. No. 70. Plaintiffs respectfully request that this Court:

a. Grant final certification of the Settlement Class for settlement purposes, appoint Plaintiffs Kellie Sanchez, Kristian Graves, and Kevin Hazure, Jr. as Class Representatives and appoint Terence R. Coates of Markovits, Stock & DeMarco, LLC, Mason A. Barney of Siri & Glimstad LLP, and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

b. Approve the requested attorneys' fees of one-third of the Settlement Fund ($250,000), expenses of $14,185.16, and service awards in the amount of $3,500 to each of the Class Representatives (for a total of $10,500);

c. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

      d.      Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

      e.      Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement, and;

      f.      Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on the Declaration of Jazminee Shumway Re: Implementation of Notice Plan and Settlement Administration in Support of Final Approval filed herewith; Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 69) and accompanying documents; Plaintiffs' Motion for Approval of Attorneys' Fees, Costs, and Service Awards (Dkt. No. 73) and accompanying documents; all other pleadings and papers on file in this Action; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for October 16, 2025.

Defendant does not oppose the relief sought in this motion.

Wherefore, premises considered, Plaintiffs request that this Court grant this Motion and grant the Motion for Approval of Attorneys' Fees, Costs, and Service Awards. Dkt. No. 73.

DATED: October 2, 2025                Respectfully submitted,

                                              */s/ Jon S. McGill Sr.*
                                              Jon S. McGill Sr. (#36227)
                                              **JSM LAW**
                                              500 Lafayette Street
                                              Gretna, LA 70053
                                              Tel: (504) 208-5551
                                              jon@jonsmcgilllaw.com

Mason A. Barney (admitted *pro hac vice*)
Tyler J. Bean (*pro hac* vice to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Terence R. Coates (admitted *pro hac vice*)
Justin C. Walker (*pro hac* vice to be filed)
Dylan J. Gould (*pro hac* vice to filed)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
dgould@msdlegal.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court for the Eastern District of Louisiana via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

>                    */s/ Jon S. McGill Sr.*
>                    Jon S. McGill, Sr.