MINUTE ENTRY
PAPILLION, J.
OCTOBER 16, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLIE SANCHEZ, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-1269 |
| XAVIER UNIVERSITY OF LOUISIANA | SECTION P(3) |

JUDGE DARREL JAMES PAPILLION, PRESIDING

| | |
|---|---|
| CASE MANAGER: | Courtney Ancar |
| COURT REPORTER: | Cathy Pepper |
| APPEARANCES BY: | Justin Walker, for Plaintiffs |
| | Joshua Force and Christopher Wiech, for Defendant |

**FINAL APPROVAL HEARING**

Court begins at 9:02 a.m.
All counsel present via videoconference and ready to proceed.
Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (R. Doc. 73) and Motion for Final Approval of Class Action Settlement (R. Doc. 74) were argued by counsel and taken under advisement.
Matter adjourned at 9:14 a.m.

JS-10: 00:14